ACTON C. HARTSHORNE and CHARLES E. HILL, appellants,

*v.*

GEORGE C. BOORUM, respondent.

On appeal from an order advised by Vice-Chancellor Pitney, whose opinion is reported in *Boorum* v. *Tucker, 6 Dick. Ch. Rep. 135.*

*Mr. Charles E. Hill,* for the appellants.

*Mr. James Fleming,* for the respondent.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—ABBETT, DEPUE, DIXON, GARRISON, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, BROWN, SMITH—10.

*For reversal*—None.